**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

Kenneth R. Preston,

    Plaintiff(s),

v.                                       Case No. 1:05cv173

                                            (Judge Michael H. Watson)

John Alden Life Insurance Company, et al.,

    Defendant(s).

# ORDER

    This matter is before the Court on the Magistrate Judge's Report and Recommendation filed June 2, 2005 (Doc. 12).

    Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. See United States v. Walters, 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's Report and Recommendation have been filed.

    Having reviewed this matter de novo pursuant to 28 U.S.C. § 636, the Court finds the Magistrate Judge's Report and Recommendation to be correct.

    Accordingly, it is **ORDERED** that the Report and Recommendation of the Magistrate Judge is hereby **ADOPTED**. Plaintiff's Motion to Remand is denied. This matter shall proceed before Magistrate Judge Timothy S. Black.

                                                             /s/ Michael H. Watson
                                                             Michael H. Watson
                                                              United States District Judge

bac     July 6, 2005